Form G-3

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re:

James Cosmano,   Case No. 19-13287

Debtor

## NOTICE OF MOTION

TO: See attached list

PLEASE TAKE NOTICE that on 3/8/21, at 9:30 a.m., I will appear before the Honorable Chief Judge A. Benjamin Goldgar, or any judge sitting in that judge's place, in courtroom 642 in the Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, and present the motion of Debtor for Motion To Reopen Case, a copy of which is attached. The Meeting ID: 161 500 0972 passcode: 726993.

Debtor: James Cosmano

By: James Cosmano
1900 E. Golf Rd., Suite 950
Schaumburg, Il 60173
847-338-2000
cosmanolaw@yahoo.com

## CERTIFICATE OF SERVICE

I, James Cosmano, certify under penalty of perjury under the laws of the United States of America that I served a copy of this notice and the attached motion on each entity shown on the attached list at the address shown and by the method indicated on the list on 3/1/21, before 5 p.m.

_____

ATTACHED SERVICE LIST

Electronic Service:

- **Patrick S Layng**    USTPRegion11.ES.ECF@usdoj.gov

- **Steven R Radtke**    sradtke@chillchillradtke.com, sradtke@ecf.axosfs.com

- **Justin R. Storer**    jstorer@lakelaw.com, bharlow@wfactorlaw.com

- **James M Strandjord**    james.m.strandjord@usdoj.gov, northern.taxcivil@usdoj.gov

- **Timothy R Yueill**    timothyy@nevellaw.com


Mail Service:

Community Loan Servicing, LLC
Customer Support Department
4425 Ponce de Leon Boulevard, 5th Floor
Cora Gables, Fl 33146


WSFS Bank
500 Delaware Ave.
Wilmington, DE 19801

IN THE UNITED STATES BANKRUPTCY COURT
THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |  |
|---|---|---|
| In re: | ) | 19-13287 |
|  | ) |  |
| James Cosmano, | ) | Honorable A. Benjamin Goldgar |
|  | ) | Chapter 7 |
|  | ) |  |
| Debtor | ) |  |

## MOTION TO REOPEN CASE

NOW COMES the Debtor, JAMES COSMANO, Pro Se, and moves to reopen his bankruptcy case bearing case number 19-13287 to avoid judicial liens on properties that he maintains an ownership interest and to discharge federal tax debt.  Debtor's bankruptcy was closed on September 17, 2020.

Respectfully submitted,

*James Cosmano*
James Cosmano

James Cosmano
1900 E. Golf Rd., Suite 950
Schaumburg, IL 60173
847-338-2000