| Form 668 (Y)(c) (Rev. February 2004) | 14582 Department of the Treasury - Internal Revenue Service **Notice of Federal Tax Lien** | | |
|---|---|---|---|
| Area: SMALL BUSINESS/SELF EMPLOYED AREA #4 Lien Unit Phone: (800) 913-6050 | Serial Number 141630215 | For Optional Use by Recording Office | |

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.



Doc#: 1504001075 Fee: $25.00
Karen A. Yarbrough
Cook County Recorder of Deeds
Date: 02/09/2015 02:33 PM Pg: 1 of 1

Name of Taxpayer JAMES COSMANO

Residence 2202 W LAWRENCE LANE
MOUNT PROSPECT, IL 60056

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 1040 | 12/31/2007 | XXX-XX-4658 | 08/25/2008 | 09/24/2018 | |
| 1040 | 12/31/2007 | XXX-XX-4658 | 03/15/2010 | 04/14/2020 | 5155986.05 |
| 1040 | 12/31/2008 | XXX-XX-4658 | 12/01/2014 | 12/31/2024 | 132349.53 |
| 1040 | 12/31/2009 | XXX-XX-4658 | 12/01/2014 | 12/31/2024 | 64026.51 |
| 1040 | 12/31/2010 | XXX-XX-4658 | 11/14/2011 | 12/14/2021 | |
| 1040 | 12/31/2010 | XXX-XX-4658 | 01/05/2015 | 02/04/2025 | 20524.90 |

Place of Filing
Recorder of Deeds
Cook County
Chicago, IL 60602

Total $ 5372886.99

This notice was prepared and signed at CHICAGO, IL , on this,

the 28th day of January, 2015.

| Signature for BART BRELLENTHIN | Title REVENUE OFFICER (651) 726-1595 | 24-06-2450 |
|---|---|---|

(**NOTE:** Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part 1 - Kept By Recording Office

Form 668(Y)(c) (Rev. 2-2004)
CAT. NO 60025X