IN THE UNITED STATES BANKRUPTCY COURT
THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|   |   |
|---|---|
| In re: | ) 19-13287 |
| James Cosmano, | ) Honorable A. Benjamin Goldgar |
|  | ) Chapter 7 |
| Debtor. | ) |

## NOTICE OF MOTION

To:   SEE ATTACHED SERVICE LIST

PLEASE TAKE NOTICE that on April 12, 2021, at 10:00 a.m., I will appear before the Honorable A. Benjamin Goldgar, or any judge sitting in that judge's place, and present the motion of **DEBTOR'S MOTION TO EXTEND TIME FOR FOURTEEN DAYS TO REPLY TO UNITED STATES OF AMERICA'S RESPONSE REGARDING MOTIONS TO AVOID JUDICIAL LIEN (DOCKET 55 & 56)**, a copy of which is attached.

**This motion will be presented and heard electronically using Zoom for Government.** No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:

**To appear by video**, use this link: https://www.zoomgov.com/. Then enter the meeting ID and password.

**To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and password.

**Meeting ID and password.** The meeting ID for this hearing is 161 500 0972 and the password is 726993. The meeting ID and password can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

                                                Respectfully Submitted
                                                James Cosmano
                                                By:/s/James A. Cosmano_____
                                                James A Cosmano

Cosmano Law Offices
1900 E. Goldf Rd.
Suite 950
Mt. Prospect, IL 60173

Certificate of Service

      I, James Cosmano, hereby certify that I caused a copy of this notice and all attachments to be sent to all parties on the service list below by the method stated on the service list on March 29, 2021.

      ___/s/ James Cosmano__

**James A Cosmano**
Cosmano Law Offices
1900 E. Goldf Rd.
Suite 950
Mt. Prospect, IL 60173

SERVICE LIST

**Jeffrey N Nunez**     BY ECF ELECTONIC DELIVERY
U.S. Department of Justice- Tax Division
P.O. Box 55
Washington, DC 20044

**James M Strandjord**     BY ECF ELECTONIC DELIVERY
U.S. Department of Justice, Tax Division
555 4th Street NW
Washington, DC 20001

IN THE UNITED STATES BANKRUPTCY COURT
THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: | ) |
| | ) 19-13287 |
| James Cosmano, | ) Honorable A. Benjamin Goldgar |
| | ) Chapter 7 |
| | ) |
| Debtor | ) |

**DEBTOR'S MOTION TO EXTEND TIME FOR FOURTEEN DAYS TO REPLY TO UNITED STATES OF AMERICA'S RESPONSE REGARDING MOTIONS TO AVOID JUDICIAL LIEN (DOCKET 55 & 56)**

NOW COMES Debtor, JAMES COSMANO, Pro Se, pursuant to Federal Rule of Bankruptcy Procedure 9006 and hereby requests an Order of this Court Extending the time to Reply from March 12, 2021 to May 14, 2021 regarding the two pending Motions to Avoid Lien (Dockets 55 & 56) for an additional 14 days and for any further relief this Court deems just.

Respectfully submitted,

JAMES OSMANO
JAMES COSMANO, PRO SE

**James A Cosmano**
Cosmano Law Offices
1900 E. Goldf Rd.
Suite 950
Mt. Prospect, IL 60173